WILLIAM SOHMER, as Comptroller of the State of New York, Appellant, *v.* ROBERT Y. HEBDEN et al., Respondents.

*Sohmer* v. *Hebden*, 165 App. Div. 853, reversed.
(Argued November 23, 1915; decided December 7, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 9, 1915, in favor of defendants upon the submission of a controversy under section 1279 of the

Code of Civil Procedure. The question presented for determination was whether transfers of certificates of subscription to an issue of additional capital stock of the Canadian Pacific Railway Company were taxable under section 270 of the Tax Law. The Appellate Division held that the transfers were not taxable.

*Egburt E. Woodbury, Attorney-General (S. W. Smith* and *Edward J. Mone* of counsel), for appellant.

*John A. Garver* and *Harry W. Forbes* for respondents.

Judgment reversed, with costs, on dissenting opinion of WOODWARD, J., below, and judgment directed for the plaintiff.

Concur: WILLARD BARTLETT, Ch. J., HOGAN, CARDOZO and SEABURY, JJ. Dissenting on opinion of KELLOGG, J., below: HISCOCK, CHASE and CUDDEBACK, JJ.